UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 19-cv-01978-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME**<br><br>Re: Dkt. No. 24 |

On September 13, 2019 defendant Federal Home Loan Bank of San Francisco filed a Motion to Declare Plaintiff a Vexatious Litigant. Plaintiff's opposition is due on October 4, 2019 and the hearing set for October 25, 2019. Dkt. No. 21 (Mtn to Declare Pltf. Vexatious Litigant).

On September 30, 2019, plaintiff filed a motion to extend the deadline for his opposition to the motion, arguing that due to the voluminous nature of defendant's request for judicial notice, filed in conjunction with defendant's opening brief, plaintiff would be prejudiced without an extension. Dkt No. 24 (Mtn to Extend Time). The Court GRANTS the requested extension.

Plaintiff's opposition shall be due on or before November 4, 2019.

Defendant's reply shall be due on or before November 15, 2019.

The hearing on defendant's motion will take place at 10:00 a.m. on November 27, 2019.

**IT IS SO ORDERED**.

Dated: October 1, 2019

SUSAN ILLSTON
United States District Judge