UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>       Plaintiff,<br><br>  v.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>       Defendant. | Case No.  19-cv-01978-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY CUTOFF**<br><br>Dkt. No. 42 |

On March 13, 2020, plaintiff filed a motion seeking a 21-day extension of the discovery cutoff. Dkt. No. 42. In September 2019 the Court set the discovery cutoff as February 24, 2020. Dkt. No. 23. Plaintiff's motion fails to comply with Local Civil Rule 6-3 and further fails to explain why, when the discovery cutoff date has been known to all parties for months, he waited until nearly a month after the deadline came and went to bring such a motion. Nor does plaintiff's motion explain how plaintiff has been unduly prejudiced.

Plaintiff's motion is untimely and without merit. The motion is therefore DENIED.

**IT IS SO ORDERED**.

Dated: March 26, 2020

_____
SUSAN ILLSTON
United States District Judge