UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 19-cv-01978-SI<br><br>**JUDGMENT** |

On May 26, 2020, the Court granted defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 26, 2020

_____
SUSAN ILLSTON
United States District Judge