UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN F. ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME LOAN BANK OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 19-cv-01978-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE**<br><br>Re: Dkt. No. 55 |

On April 17, 2020, the parties to the above action each filed summary judgment motions. Dkt. Nos. 47 and 48. The parties had the opportunity to file oppositions on or before May 1, 2020; only defendant did so. Dkt. No. 50. Replies were due on or before May 8, 2020; again, only defendant filed a reply. Dkt. No. 51. On May 26, 2020, this Court granted defendant's motion for summary judgment, entered judgment in defendant's favor, and denied plaintiff's motion. Dkt. Nos. 52 and 53. On May 27, 2020, plaintiff filed a reply in support of his motion for summary judgment as well as a document titled "Objections to Evidence and Motion to Strike in Opposition to Defendants Motion for Summary Judgment." Dkt. Nos. 54 and 55.

Because plaintiff's objections, motion to strike, and opposition are untimely, the Court hereby DENIES plaintiff's filing at docket number 55. See Local Rule 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed.").

**IT IS SO ORDERED**.

Dated: June 8, 2020

_____
SUSAN ILLSTON
United States District Judge